# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
　　　　　　　　　　　　Plaintiff,

v.

SHAWN ALAN WESTLING,　　　　　　　　　Criminal No. 15-CR-209 (PJS/FLN)

　　　　　　　　　　　　Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　　(X) Ad Prosequendum　　　( ) Ad Testificandum

Name of Detainee: SHAWN ALAN WESTLING
Detained at (custodian): MILLE LACS COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:　a.)　(X) charged in this district by: Indictment
　　　　　　　　　Charging Detainee With: Conspiracy, Bank Fraud, Access Device Fraud, Aggravated Identity theft
　or　b.)　() a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　( ) return to the custody of detaining facility upon termination of this proceeding
　or　b.)　(X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on July 16, 2015 at 3:00 p.m. in the courtroom of The Honorable Franklin L. Noel.

Dated: July 15, 2015　　_____
　　　　　　　　　　　　SARAH E. HUDLESTON, AUSA

## WRIT OF HABEAS CORPUS

　　　(X) Ad Prosequendum　　　( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

7/15/15
Date　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Shawn Alan Babcock | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1977 |
| Facility Address: | 640 3rd Street SE | Race: | Caucasian |
| | Milaca, MN 56353 | FBI #: | 439051DB7 |
| Facility Phone: | 320-983-8450 | | |
| Currently Incarcerated For: | methamphetamine possession and aiding and abetting identity theft | | |

### RETURN OF SERVICE

Executed _____ by _____
　　　　　　　　　　　　　　　　　　　　　(Signature)

SCANNED
JUL 15 2015
U.S. DISTRICT COURT MPLS

Writ Issued 7/15/15